# JS-6

cc: FISCAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

|  |  |
|---|---|
| HASLAM & THORNE LLP, | Case No.: EDCV 17-01437-CJC(AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES INTERNAL REVENUE SERVICE, et al., | |
| Defendants. | |

This action concerns $607,078.76 in interpleaded funds that Haslam & Thorne LLP previously held in a trust account as part of a marital dissolution action involving its client, Charles Littlewood. (Dkt. 1.) Pursuant to the Court's order, the Clerk previously disbursed $544,914.92 to the United States of America. (*See* Dkt. 59.)

From the remaining interpleaded funds of $62,163.84 plus accrued interest, the Clerk is hereby **ORDERED** to (1) disburse $5,435.31 of the interpleaded funds to Haslam & Thorne LLP, through its attorney, Christopher D. Lockwood, 1881 S. Business Center Drive, Suite 9A, San Bernardino, California 92408, and (2) disburse $56,738.53 of the interpleaded funds, plus accrued interest, to Shelley Littlewood, 9350 Alderwood Drive, Rancho Cucamonga, CA 91730.

DATED:     February 25, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE